**DISMISS; and Opinion Filed January 23, 2015.**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01516-CR

**KASEY DEMOND JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F14-33686-Y**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

141516F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KASEY DEMOND JACKSON, Appellant

No. 05-14-01516-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas
Trial Court Cause No. F14-33686-Y.
Opinion delivered per curiam before Justices
Bridges, Lang-Miers, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 23rd day of January, 2015.